BELLA UNGER, on Behalf of ELLEN SCHIFF et al., Respondent, v. SAMUEL SCHIFF, Appellant.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1123.]

E. F. W. WILDERMUTH, Appellant, v. JOHN M. KEATING, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1139.]

FINE & LEVINE, INC., Respondent, v. ALBERT BENAJAM et al., Appellants.— In an action to recover the value of work, labor and services and materials, order denying motion to vacate a preference affirmed, with $10 costs and disbursements. (*Western Transp. Co.* v. *Scheu,* 19 N. Y. 408; *Rossie Iron Works* v. *Westbrook,* 59 Hun 345.) Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

GEORGE GARIBALDI, as Assignee of WAYSIDE REALTY CORPORATION, Appellant, v. CITY OF YONKERS, Respondent.— In an action for a declaratory judgment, plaintiff appeals from two orders and from a judgment in favor of the defendant and against the plaintiff, dismissing the plaintiff's complaint. The first order denied the plaintiff's motion for summary judgment and granted the defendant's cross motion for summary judgment, and the judgment under review was entered in accordance with this order. The second order denied the plaintiff's motion for leave to renew his motion for summary judgment, and to reargue defendant's motion for summary judgment. Orders and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Johnston, Adel and Wenzel, JJ.; Nolan, P. J., not voting. [198 Misc. 1100.] [See *post,* p. 768.]

In the Matter of BERNARD WNUK, Appellant, to Compel an Accounting by GUSSIE WNUK, as Administratrix of the Estate of JACK WNUK, Deceased, Respondent.— Decree of the Kings County Surrogate's Court, dismissing on the merits appellant's petition for an order directing respondent to render and settle her account as administratrix herein, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post,* p. 655.]